

**Form B6 H (12/07)**      *Blumberg*Excelsior, Inc., Publisher, NYC 10013

In re: William T. Castro                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Bessemer Trust Co of Florida<br>1907 Commerce Lane - suite 104<br>Jupiter, FL 33468 |
| Facio Productions, Inc.<br>46-18 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Bessemer Trust Co of Florida<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Bessemer Trust Co of Florida<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Christine Toretti<br>232 Avondale Ave<br>Los Angeles, CA 90049 |
| Facio Productions, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | David M. Trombley<br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | David M. Trombley<br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |



**Form B6 H  (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  William T. Castro                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Unique Autosports,  Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | David M. Trombley<br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports  South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | David Wilkenfeld<br>No Drama LLC<br>200 Chambers Street - 7A<br>New York, NY 10007 |
| Unique Autosports,  Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | David Wilkenfeld<br>No Drama LLC<br>200 Chambers Street - 7A<br>New York, NY 10007 |
| Facio Productions,  Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Jamal Munnerlyn<br>Roscoe Stanley Productions<br>1221 South Alfred Street<br>Los Angeles, CA |
| Unique Autosports  South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island  City NY 11101 | Jamal Munnerlyn<br>Roscoe Stanley Productions<br>1221 South Alfred Street<br>Los Angeles, CA |
| Unique Autosports  South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Jermaine O'Neal<br>4000 W. 106th St. - Ste106-308<br>Carmel, IN 46032 |

 **Form B6 H (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  William T. Castro                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Larry Robbins<br>30 Ramland Road - #201<br>Orangeburg, NY 10962 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Larry Robbins<br>30 Ramland Road - #201<br>Orangeburg, NY 10962 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | MGM Towing, Inc.<br>47-05 Hollis Court Blvd<br>Flushing, New York 11358 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Morvillo P.C.<br>565 Fifth Avenue<br>New York, NY 10007 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | PNC Bank Loan<br>PO Box 340777<br>Pittsburgh, PA 15230 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | PNC Credit Card<br>PO Box 3429<br>Pittsburgh, PA 15230 |

 Form B6 H (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:     William T. Castro                                  Debtor(s)   Case No.                  (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Facio Productions, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Ronald L. Fick<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Ronald L. Fick<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | Ronald L. Fick<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 104<br>Jupiter, FL 33468 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | TD Bank N.A.<br>Po Box 84037<br>Columbus, GA 31908 |
| Facio Productions, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | The McInnis Co.<br>1255 Commerce Drive<br>Gulf Shores, AL 36542 |
| Unique Autosports South, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | The McInnis Co.<br>1255 Commerce Drive<br>Gulf Shores, AL 36542 |

 **Form B6 H (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: William T. Castro                                    Debtor(s)   Case No. _____ (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Unique Autosports, Inc.<br>46-28 Vernon Blvd - Suite 535<br><br>Long Island City NY 11101 | The McInnis Co.<br>1255 Commerce Drive<br>Gulf Shores, AL 36542 |

| | | |
|---|---|---|
| Bay Medical<br><br>8659 Baypine Rd - Suite 100<br>Jacksonville, FL 32256 | Bessemer Trust Co of Florida<br><br>1907 Commerce Lane - suite 1<br>Jupiter, FL 33468 | Bessemer Trust Co of Florida<br><br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 |
| Bessemer Trust Co of Florida<br><br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 | Christine Toretti<br><br>232 Avondale Ave<br>Los Angeles, CA 90049 | David M. Trombley<br><br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 |
| David M. Trombley<br><br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 | David M. Trombley<br><br>Declaration of Trust<br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 | David Wilkenfeld<br><br>No Drama LLC<br>200 Chambers Street - 7A<br>New York, NY 10007 |
| David Wilkenfeld<br><br>No Drama LLC<br>200 Chambers Street - 7A<br>New York, NY 10007 | Internal Revenue Service<br><br>1040 Waverly Avenue<br>Holtsville, NY 00501 | Jamal Munnerlyn<br><br>Roscoe Stanley Productions<br>1221 South Alfred Street<br>Los Angeles, CA |
| Jamal Munnerlyn<br><br>Roscoe Stanley Productions<br>1221 South Alfred Street<br>Los Angeles, CA | Jermaine O'Neal<br><br>4000 W. 106th St. - Ste106-3<br>Carmel, IN 46032 | LSHR<br><br>Attn: Bruce Seckendorf<br>3000 Marcus Ave - Ste. 3W4<br>Lake Success, NY 11042 |
| Larry Robbins<br><br>30 Ramland Road - #201<br>Orangeburg, NY 10962 | Larry Robbins<br><br>30 Ramland Road - #201<br>Orangeburg, NY 10962 | MGM Towing, Inc.<br><br>47-05 Hollis Court Blvd<br>Flushing, New York 11358 |
| MedMax<br><br>PO Box 4650<br>Clearwater, FL 33758 | Morvillo P.C.<br><br>565 Fifth Avenue<br>New York, NY 10007 | NYS Dept of Tax and Finance<br><br>ATT: Office of Counsel<br>Building 9, W.A. Harriman Ca<br>Albany NY 12227 |
| PNC Bank Loan<br><br>PO Box 340777<br>Pittsburgh, PA 15230 | PNC Credit Card<br><br>PO Box 3429<br>Pittsburgh, PA 15230 | Roland D.Riopelle, Esq.<br><br>Sercarz & Riopelle<br>152 W. 57th Street<br>New York, NY 10019 |
| Ronald L. Fick<br><br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 | Ronald L. Fick<br><br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 | Ronald L. Fick<br><br>c/o Mallory Law Group<br>1907 Commerce Lane - Suite 1<br>Jupiter, FL 33468 |

```
TD Bank N.A.                    The McInnis Co.                 The McInnis Co.

Po Box 84037                    1255 Commerce Drive             1255 Commerce Drive
Columbus, GA 31908              Gulf Shores, AL 36542           Gulf Shores, AL 36542


The McInnis Co.

1255 Commerce Drive
Gulf Shores, AL 36542
```