3092 - Verification of Creditor Matrix. 12/95  Blumberg Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT
Eastern District **DISTRICT OF** New York

In re: William T. Castro                                                    Case No.
                             Debtor(s)
                                                                                      Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated:  11/01/2011

Debtor  S/ William T. Castro
        William T. Castro

Debtor  _____